SCOTT S. FURSTMAN
State Bar No.76476
1541 The Alameda
San Jose, California 95126
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JOSE ARMANDO GONZALEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO and JORGE ARMANDO GONZALEZ,<br><br>Defendants. | **No. CR S 05-00383 WBS**<br><br>**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE AND EXCLUDABLE TIME; [PROPOSED] ORDER** |

The defendants, through their counsel of record and plaintiff, through its counsel of record, hereby stipulate that the status conference in the above-entitled matter, presently set for October 12, 2005 may be continued to November 9, 2005.  This stipulation is entered into at the request of the defendant Jorge Armando Gonzalez for the following reasons:  (1) Attorney, Scott S. Furstman, has recently been retained on the defendant's behalf and will be filing a notice of appearance in conjunction herewith; (2) Mr. Furstman received discovery on Friday, October 7, 2005 and requires additional time to review discovery, conduct investigation and confer with the defendant and government counsel.  Accordingly, the date of November 9, 2005 at 9:00 a.m. is respectfully suggested for status conference.

The parties further stipulate that the time from October 12, 2005 to November 9, 2005 is

1
**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

It is so stipulated.

Dated:  October 11, 2005  _____
/s/SCOTT S. FURSTMAN
Attorney for Defendant,
Jose Armando Gonzalez

Dated:  October 11, 2005  _____
/s/MATTHEW BOCKMON
Attorney for Defendant,
Francisco Angel Najera-Gordillo
per telephonic authority

Dated October 11, 2005  _____
/s/ELLEN V. ENDRIZZI
Assistant U.S. Attorney
per telephonic authority

## [PROPOSED] ORDER

Good cause appearing and the parties having stipulated thereto, it is ordered that the status conference in the above-entitled matter be continued from October 12, 2005 to November 9, 2005 at 2:00 p.m.  It is further ordered that the time between October 12, 2005 and November 9, 2005 is excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial by excluding time and continuing the status conference to November 9, 2005.

It is so ordered.

Dated:  October 11, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 1541 The Alameda, San Jose, CA 95126. On October 11, 2005, I served a copy of the document(s) described below:

( X )  [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )  [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )  [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )  [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

## STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE AND EXCLUDABLE TIME; [PROPOSED ORDER]

in the manner identified above on those persons listed below:

**Ellen Endrizzi**  
**Assistant U.S. Attorney**  
**501 I Street, Suite 10-100**  
**Sacramento, CA  95814**

**Matthew Bockmon**  
**801 I Street, Third Floor**  
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2005 at San Jose, California.

_____  
Scott S. Furstman

3

**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**