MCGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br>FRANCISCO MIGUEL ANGEL       )<br>NAJERA-GORDILLO,             )<br>   aka Miguel Angel Gonzales, and )<br>JORGE ARMANDO GONZALEZ,      )<br>                             )<br>          Defendants.        ) | No. CR S 05-383 WBS<br><br>**ORDER EXCLUDING TIME** |

    Defendants Najera-Gordillo and Gonzalez seek an order excluding time pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4 from November 9, 2005 through and including December 14, 2005, for the purpose of defense counsel preparation.  Counsel needs additional time to review the extensive discovery and lab analyses, and the parties may enter into negotiations to dispose of their respective cases prior to trial.  The Government joins in the request for exclusion of time.  The parties believe good cause has been shown to exclude time, taking into consideration the

///

///

///

1

public interest in the prompt disposition of criminal cases.

Dated:   November 9, 2005

                                            Respectfully submitted,

                                            McGREGOR W. SCOTT
United States Attorney

                              By:   /s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

QUIN DENVIR
Federal Defender,

                              By:   /s/ Matthew Bockmon
per oral authority

MATTHEW BOCKMON
Assistant Federal Defender

Attorney for Defendant
F.M.A. Najera-Gordillo

SCOTT FURSTMAN, ESQ.

                              By:   /s/ Scott Furstman
per oral authority

Law Office of Scott Furstman
1541 The Alameda
San Jose, CA 95126

Attorney for Defendant
Jorge Armando Gonzalez

### **O R D E R**

Good cause having been shown, time is excluded in Case No. 05-383 WBS from November 9, 2005 through and including December 14, 2005, for defense counsel preparation and continuing plea negotiation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4.

IT IS SO ORDERED.

Dated:   November 10, 2005

                                            /s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior United States District Judge

2