1  SCOTT S. FURSTMAN
   State Bar No.76476
2  1541 The Alameda
   San Jose, California 95126
3  Telephone (408) 292-4132
   Facsimile  (408) 292-4162
4
   Attorney for Defendant,
5  JOSE ARMANDO GONZALEZ

6

7

8              **UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | **No. CR S 05-00383 WBS** |
   |---|---|
12 | Plaintiff, | |
13 | v. | **STIPULATION RE:  CONTINUANCE OF TRIAL; TO VACATE TRIAL CONFIRMATION HEARING AND TO EXCLUDE TIME; [PROPOSED] ORDER** |
14 | FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO and JORGE ARMANDO GONZALEZ, | |
15 | | |
16 | Defendants. | |

17

18         The defendants, through their counsel of record and plaintiff, through its counsel of

19 record, hereby stipulate that the trial in the above-entitled matter, presently set for March 21,

20 2006 may be continued to May 9, 2006.  This stipulation is entered into at the request of the

21 defendants to allow counsel for the defendant's and government counsel to continue to pursue

22 and discuss plea negotiations. A plea agreement has recently been provided to counsel for both

23 defendants, however, additional time is necessary for discussions between counsel and their

24 respective clients as well as government counsel. The parties continue to discuss settlement and

25 believe that additional time may be productive to a resolution of this matter.

26

27         The date of May 9, 2006 is suggested to accommodate the calendars of all parties. Mr.

28 Paul Puri , counsel for Mr.  Najera-Gordillo states he will be in trial in March 2006. Scott S.

                                        1
                **STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

1  Furstman, Counsel for Mr. Gonzalez is scheduled to commence trial in the United States
2  District Court for the Northern District of California in U.S. v. Prado, et al on April 4, 2006
3  before the Honorable James Ware. Accordingly, the date of May 9, 2005 at 9:00 a.m. is
4  respectfully suggested for trial and that the trial confirmation hearing of March 9, 2006 be
5
6  vacated.
7      The parties further stipulate that the time from March 21, 2006 to May 9, 2006 is
8  excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18
9  USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and
10 continuity of counsel and further that the ends of justice outweigh the public's interest in a
11 speedy trial.
12     It is so stipulated.                    /s/ Scott S. Furstman
13
14 Dated:  March 6, 2005              _____
                                      SCOTT S. FURSTMAN
15                                    Attorney for Defendant,
                                      Jose Armando Gonzalez
16
                                       /s/ Paul Puri
17 Dated:  March 6, 2006              _____
                                      PAUL PURI
18                                    Attorney for Defendant,
                                      Francisco Angel Najera-Gordillo
19                                    per telephonic authority
20
                                       /s/ Ellen V. Endrizzi
21 Dated March 6, 2006                _____
                                      ELLEN V. ENDRIZZI
22                                    Assistant U.S. Attorney
                                      per telephonic authority
23
24
25                              **[PROPOSED] ORDER**

26     Good cause appearing and the parties having stipulated thereto, it is ordered that the
27 status conference in the above-entitled matter be continued from March 21, 2006 to May 9,
28 2006 at 9:00 a.m.  It is further ordered that the time between March 21, 2005 and May 9, 2006 is

2
**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

1  excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and
2  continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial
3  by excluding time and continuing trial to May 9, 2006.

    It is so ordered.

Dated:  March 7, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 1541 The Alameda, San Jose, CA 95126. On October 11, 2005, I served a copy of the document(s) described below:

( X )   [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

( )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

( )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )   [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

## STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUDABLE TIME; [PROPOSED ORDER]

in the manner identified above on those persons listed below:

**Ellen Endrizzi**  
**Assistant U.S. Attorney**  
**501 I Street, Suite 10-100**  
**Sacramento, CA  95814**

**PAUL PURI**  
**580 California Street**  
**San Francisco, CA  94104**

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2006 at San Jose, California.

_____  
Scott S. Furstman

4  
**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com