SCOTT S. FURSTMAN
State Bar No.76476
1541 The Alameda
San Jose, California 95126
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO and JORGE ARMANDO GONZALEZ,<br><br>Defendants. | **No. CR S 05-00383 WBS**<br><br>**UNOPPOSED EX PARTE APPLICATION RE:  CONTINUANCE OF STATUS CONFERENCE AND FINDING OF EXCLUDABLE TIME; [PROPOSED] ORDER** |

The defendant Jorge Armando Gonzalez, through his counsel of record, Scott S. Furstman submits this Unopposed Ex Parte Application for an order continuing the status conference in the above-entitled matter, presently set for May 9, 2006 to May 31, 2006 to allow additional time to pursue settlement discussions and/or narrow issues to be litigated at trial.

Counsel for Jorge Armando Gonzalez and Assistant United States Attorney Ellen V. Endrizzi have conferred and Ms. Endrizzi states that she does not opposed this application. At time of filing,  Paul Puri, counsel for co-defendant Najera-Gordillo has not relayed his position to Mr. Furstman or Ms. Endrizzi, however, it is not anticipated that he will oppose this request to continue the status conference.

1
**EX PARTE APPLICATION  RE:  CONTINUANCE OF STATUS CONFERENCE AND PROPOSED ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

Mr. Furstman and Ms. Endrizzi further agree that the time from May 9, 2006 to May 31, 2006 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) and Local Rule T4 to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

    Respectfully submitted,

    Scott S. Furstman

Dated: May 4, 2006      /s/_____
    SCOTT S. FURSTMAN
    Attorney for Defendant,
    Jorge Armando Gonzalez

## **ORDER**

Good cause appearing and there being no objection thereto, the status conference in the above-entitled matter is continued from May 9, 2006 to May 31, 2006 at 9: 00a.m. It is further ordered that the time between May 9, 2006 and May 31, 2006 is excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv)  and Local Rule T4 to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial by excluding time and continuing the status conference to May 31, 2006.

It is so ordered.

Dated: May 5, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
**EX PARTE APPLICATION  RE:  CONTINUANCE OF STATUS CONFERENCE AND PROPOSED ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara.  I am over the age of eighteen (18) years and not a party to the within entitled action.  My business address is: 1541 The Alameda, San Jose, CA 95126.  On May 4, 2006, I served a copy of the document(s) described below:

( X )   [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(  )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(  )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )   [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

**EX PARTE APPLICATION RE:  CONTINUANCE OF STATUS CONFERENCE AND FINDING OF EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi**  
**Assistant U.S. Attorney**  
**501 I Street, Suite 10-100**  
**Sacramento, CA  95814**

**Paul Puri**  
**580 California Street**  
**San Francisco, CA  94104**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 4, 2006 at San Jose, California.

Scott S. Furstman

_____  
Scott S. Furstman

3  
**EX PARTE APPLICATION  RE:  CONTINUANCE OF STATUS CONFERENCE AND PROPOSED ORDER**

PDF created with pdfFactory trial version www.pdffactory.com