1  **PAUL N. PURI**
   **ATTORNEY [SBN 225741]**
2  PAUL PURI & ASSOCIATES
   580 California Street, Suite 1600
3  San Francisco, California 94104
   Telephone (415) 439-4805
   Facsimile (415) 439-4905
4  Email attorney@paulpuri.com

5

6                     UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | Criminal Docket Number CR S 05-00383 WBS |
| 10           Plaintiff, | STIPULATION RE: CONTINUANCE OF JUDGMENT AND SENTENCE |
| 11      vs. | |
| 12  FRANCISCO MIGUEL ANGEL NAJERA- | BEFORE THE HONORABLE J. SHUBB |
| 13  GORDILLO, | |
| 14           Defendant | |

15      The defendant, through his counsel of record and plaintiff, through its counsel of record,

16  hereby stipulation that the judgment and sentencing in the above-entitled matter, presently set for

17  August 9, 2006 may be continued to September 27, 2006.  This stipulation is entered into at the

18  request of the defendant do to unavailability of counsel.

19      The date of September 27, 2006 is suggested to accommodate the calendars of all parties,

20  including the United States Probation Officer Terence Sherbondy.

21      It is so stipulated.

22  Dated:  August 7, 2006                          /s/ Paul N. Puri

23                                                  _____

24

25  Dated:  August 7, 2006                          /s/ Ellen V. Endrizzi

26                                                  _____

27  / /

28  / /

PAUL PURI &
ASSOCIATES

STIPULATION RE:  CONTINUANCE OF JUDGMENT AND SENTENCE - 1

PDF created with pdfFactory trial version www.pdffactory.com

1

## ORDER

2   Good cause appearing and the parties having stipulated thereto, it is ordered that the
3   judgment and sentence in the above-entitled matter be continued from August 9, 2006 to
4   September 27, 2006
5   It is so ordered.
6   Dated:  August 9, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28