McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FRANCISCO NAJERA-GORDILLO<br>and JORGE ARMANDO GONZALEZ,<br><br>          Defendants. | NO. CR. S. 05-383 WBS<br><br>**STIPULATION TO RESET TRIAL CONFIRMATION AND TRIAL DATES AND [PROPOSED] ORDER** |

The parties, by and through their undersigned counsel, hereby stipulate and agree that the current trial confirmation and trial dates, September 27, 2006 and October 4, 2006, respectively, be vacated and reset. The new trial confirmation date should be set as October 4, 2006 at 9:00 a.m., and the new trial date should be set as October 18, 2006 at 9:00 a.m. The parties have confirmed with the Court's Deputy that these dates are available.

The parties seek this extension so that further plea negotiations may take place, and these negotiations may be affected by the sentencing of the co-defendant in this matter, Francisco Najera-Gordillo, which is set for September 27, 2006. Therefore, the parties respectfully request that time from

1

October 3, 2004 through October 18, 2006 continue to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T4, for defense preparation and on-going negotiations. pertinent legal issues to be presented to the Court at the hearing.

DATED:  September 19, 2006

                        Respectfully submitted,

                        McGREGOR W. SCOTT
                        United States Attorney

               By:  /s/ Ellen V. Endrizzi
                    ELLEN V. ENDRIZZI
                    Assistant U.S. Attorney

                        LAW OFFICES OF SCOTT S. FURSTMAN

             By:  /s/ Scott S. Furstman
                    SCOTT S. FURSTMAN

                    Attorney for Defendant Gonzalez
                    Telephonic authority for signature

**O R D E R**

IT IS HEREBY ORDERED, for good cause shown, that the previous trial confirmation and trial dates in this matter are vacated, and the new Trial Confirmation date is set for October 4, 2006 at 9:00 a.m. and the new Trial Date is set for October 18, 2006, at 9:00 a.m.  Time under the Speedy Trial Act is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for defense preparation and on-going plea negotiations.

DATED: September 20, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2