McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S. 05-383 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION TO VACATE TRIAL** |
| ) | **DATES AND SET STATUS** |
| v. ) | **CONFERENCE; [**~~PROPOSED~~**] ORDER** |
| ) | |
| FRANCISCO NAJERA-GORDILLO ) | |
| and JORGE ARMANDO GONZALEZ, ) | |
| ) | |
| Defendants. ) | |

The parties, by and through their undersigned counsel, hereby stipulate and agree that the current trial confirmation and trial dates, October 4, 2006 and October 18, 2006, respectively, be vacated. The parties request a status conference on October 11, 2004, at 9:00 a.m. The co-defendant in this case, Najera-Gordillo, was scheduled to be sentenced on September 27; however, that date has been rescheduled to October 11 pursuant to a minute order. The parties believe that a status conference on that October 11, following the co-defendant's sentencing, would encourage plea negotiations and may render a trial date unnecessary. If that is not the case, the parties would immediately set a trial date that is convenient with the

Court's schedule.  Time has previously been excluded through October 18, 2006 under 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T4, for defense preparation and on-going negotiations.

DATED:  September 27, 2006

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

                    By:  /s/ Ellen V. Endrizzi
                        ELLEN V. ENDRIZZI
                        Assistant U.S. Attorney

                        LAW OFFICES OF SCOTT S. FURSTMAN

                  By:  /s/ Scott S. Furstman
                        SCOTT S. FURSTMAN

                        Attorney for Defendant Gonzalez
                        Telephonic authority for signature

## **O R D E R**

IT IS HEREBY ORDERED, for good cause shown, that the previous trial confirmation and trial dates in this matter are vacated, and a status is set for October 11, 2006 at 9:00 a.m. Time under the Speedy Trial Act continues to be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for defense preparation and on-going plea negotiations.

DATED:  September 27, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE