```
 1
 2
 3
 4
 5
 6                       UNITED STATES DISTRICT COURT
 7                      EASTERN DISTRICT OF CALIFORNIA
 8                              ----oo0oo----
 9  UNITED STATES OF AMERICA,
                                         NO. CR. S-05-0383 WBS
10            Plaintiff,
         v.                              ORDER
11
12  FRANCISCO MIGUEL ANGEL NAJERA-
    GORDILLO,
13
              Defendant.
14
                                ----oo0oo----
15
              Defendant Francisco Miguel Angel Najera-Gordillo's
16
    Motion for Appointment of Counsel, filed pro se on October 31,
17
    2006, is hereby referred to a Magistrate Judge to be assigned
18
    for such action as is appropriate.
19
    DATED:  November 2, 2006
20
21
                           [signature]
22                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28
```