IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO,<br><br>        Defendant.<br>_____/ | NO.  CR.S-05-0383 WBS<br><br>ORDER RE MOTION FOR APPOINTMENT OF COUNSEL |

        On October 17, 2006, defendant Francisco Miguel Angel Najera-Gordillo was sentenced by U.S. Senior District Judge William B. Shubb to the custody of the U.S. Bureau of Prisons for a term of imprisonment of 292 months.  At that time defendant Najera-Gordillo was represented by retained counsel of record, Paul Nathan Puri of Paul Puri and Associates.  On October 24, 2006, a notice of appeal was filed on the defendant's behalf listing attorney Puri as counsel for appellant.  (Court Doc. No. 47.)  On October 31, 2006, defendant Najera-Gordillo, purportedly appearing pro se, filed a motion for appointment of counsel and financial affidavit.  (Court Doc. No. 49.)

1

In the motion defendant Najera-Gordillo reported that he could no longer afford private counsel and requested that the court appoint counsel to represent him on appeal. (Id.)  On November 2, 2006, the assigned district judge referred the motion for appointment of counsel to a Magistrate Judge "for such action as is appropriate." (Court Doc. No. 51.)  The pending motion has been brought to the attention of the undersigned as the designated Duty Magistrate Judge for the month of November.

Defendant Najera-Gordillo's motion for appointment of counsel will be denied without prejudice at this time.  Ninth Circuit Court of Appeals Local Rule 4-1 addresses questions regarding counsel in criminal appeals and provides in relevant part as follows:

> **(c) Withdrawal of Counsel After Filing the Notice of Appeal**
> A motion to withdraw as counsel on appeal after the filing of the notice of appeal, where counsel is retained in a criminal case or appointed under the Criminal Justice Act, shall be filed with the Clerk of this court within twenty-one (21) days after the filing of the notice of appeal and shall be accompanied by a statement of reasons and:
> (1) A substitution of counsel which indicates that new counsel has been retained to represent defendant; or
> (2) A motion by retained counsel for leave to proceed informa pauperis and for appointment of counsel under the Criminal Justice Act, supported by a completed financial affidavit (CJA Form 23) or;
> (3) A motion by appointed counsel to be relieved and for appointment of substitute counsel or;
> (4) A motion by defendant to proceed pro se; or
> (5) An affidavit or signed statement from the defendant showing that the defendant has been advised of his or her rights with regard to the appeal and expressly stating that the defendant wishes to dismiss the appeal voluntarily.
> Any motion filed pursuant to this section shall

2

1 |           be served on defendant; the proof of service
2 |           shall include defendant's current address.

3       Pursuant to this rule, defendant Najera-Gordillo's retained
4 counsel of record must file a motion to withdraw as counsel on appeal
5 with the Ninth Circuit Court of Appeals.  Attorney Puri is directed
6 to comply with the provisions of Circuit Rule 4-1(c).  Until and
7 unless a motion to withdraw is granted by the Circuit Court, attorney
8 Puri remains counsel of record on behalf of defendant Najera-
9 Gordillo.  The Clerk of the Court is directed to serve this order on
10 attorney Puri, counsel for the government and defendant Najera-
11 Gordillo.
12       IT IS SO ORDERED.
13 DATED: November 13, 2006.

                     _____
                     DALE A. DROZD
                     UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.criminal/najeragordillo.counsel

3