SCOTT S. FURSTMAN
State Bar No.76476
1541 The Alameda
San Jose, California 95126
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JOSE ARMANDO GONZALEZ

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>Defendant. | No. 2:05-cr-00383 WBS<br><br>**STIPULATION TO EXCLUDE TIME;<br>[PROPOSED] ORDER** |

The defendant, through his counsel of record, and plaintiff, through its counsel of record, hereby stipulate that the time from January 8, 2007 through and including the trial date, March 12, 2007,  is excludable under the Speedy Trial Act (18 USC § 3161 et seq.) and in particular, 18 U.S.C. §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv), to allow for adequate preparation and continuity of counsel, and to further that the ends of justice that, in this situation, outweigh the public's interest in a speedy trial.  This stipulation is entered into at the request of the parties to allow counsel for the defendant and the government to continue to pursue and discuss plea negotiations, and if those negotiations fail, provide for time for the defense to reasonably prepare for trial.  The parties continue to discuss settlement and believe that additional time may

1
**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

1  be productive to a resolution of this matter. .

2  Dated: January 10, 2007                    /s/ Scott S. Furstman
                                              SCOTT S. FURSTMAN
3                                             Attorney for Defendant,
                                              Jose Armando Gonzalez
4

5

6  Dated: January 10, 2007                    /s/ Ellen V. Endrizzi
                                              ELLEN V. ENDRIZZI
7                                             Assistant U.S. Attorney

8

9
                                    **ORDER**
10

11       For good cause shown and the parties having stipulated thereto, it is ordered that the

12  time between January 8, 2007 through and including March 12, 2007 is excludable under 18

13  U.S.C. §§ 3161 (h)(8)(B)(i) and (iv) to allow for continued plea negotiations, adequate

14  preparation, and continuity of counsel. In this case, the ends of justice outweigh the public's

15  interest in a speedy trial by excluding time.

16       It is so ordered.

17  Dated: January 10, 2007
18

19

20                                    WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

2
**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com