UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO,

     Petitioner,

NO. CR. 05-383 WBS

<u>ORDER</u>

    v.

UNITED STATES OF AMERICA,

     Respondent.

                            /

----oo0oo----

On February 9, 2009, petitioner Francisco Miguel Angel Najera-Gordillo, a prisoner proceeding <u>pro se</u>, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The United States shall file any opposition to petitioner's motion no later than March 9, 2009.  Petitioner may then file a reply no later than March 23, 2009.  The matter will then be taken under submission pursuant to Eastern District Local Rule 78-230(h), unless the court concludes that oral argument is

1

1  necessary.
2           IT IS SO ORDERED.
3  DATED:   February 17, 2009

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE