UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

NO. CR. 05-383 WBS

<u>ORDER APPOINTING COUNSEL</u>

----oo0oo----

    Defendant Najera-Gordillo's motion for appointment of counsel in connection with his petition under 28 U.S.C. § 2255 is hereby GRANTED. The Federal Defender is hereby ORDERED to make the necessary arrangements for counsel from the CJA panel to represent defendant in this proceeding.

    IT IS SO ORDERED.

Dated: March 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1