KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 498-8398

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO, ) ) ) | Cr.S. 05-383 WBS |
| Petitioner, ) ) | |
| v. ) ) | ORDER |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

**GOOD CAUSE APPEARING** petitioner's request for additional time to conduct the necessary investigation and conduct the necessary legal research is granted. Petitioner's reply brief is due on or before June 4, 2009.

DATED: April 24, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE