KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO,               ) | Cr.S. 05-383 WBS |
| )  Petitioner, ) | |
| ) | ORDER |
| v.                ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) Respondent.                  ) | |

**GOOD CAUSE APPEARING** petitioner's request for additional time to conduct the necessary investigation and conduct the necessary legal research is granted.

Petitioner's traverses/reply brief is due on or before July 6, 2009.

DATED:   June 3, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE