UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. 05-383 EJG |
| v. | ) | |
| | ) | |
| FRANCISCO MIGUEL NAJERA-GORDILLO | ) | |

FILED
AUG 28 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum            ( ) Ad Testificandum

Name of Detainee:           FRANCISCO MIGUEL NAJERA-GORDILLO
Detained at (custodian):    USP LEWISBURG

Detainee is:
    a.) (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
            charging detainee with: **21 U.S.C. §§ 841(a), 846 (2 counts)**
or   b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ( ) return to the custody of detaining facility upon termination of proceedings
or   b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on **October 9, 2009**, in the Eastern District of California* @ 10:00 AM

Signature:                       /s/ ELLEN V. ENDRIZZI
Printed Name & Phone No:   Ellen V. Endrizzi (916) 554-2716
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum            ( ) Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **for hearing on October 9, 2009** at 501 I Street, 13th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/27/09

/s/ Dale A. Drozd
United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):     Francisco Miguel Najera-Gordillo

Booking or CDC #:        15967-097
Facility Address:          2400 Robert F. Miller Drive
                               Lewisburg, PA 17837
Facility Phone:           (570) 523-1251
Currently Incarcerated For:

Male
DOB:
Race:
FBI #:

## RETURN OF SERVICE

Executed on _____     By: _____
                                                       (Signature)