KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, CA  95818
Telephone: (916) 498-8398

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Cr.S. 05-383 EJG |
| Plaintiff, | |
| v. | ORDER |
| FRANCISCO NAJERA-GORDILLO, | |
| Defendant. | |

**GOOD CAUSE APPEARING** the jury trial currently set for March 29, 2010, is vacated and reset to July 12, 2010, at 9:00 a.m.  The trial confirmation hearing currently set for March 12, 2010, is vacated and reset to June 25, 2010.  The time between March 29, 2010, up to an including July 12, 2010, is excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The time is excluded to allow for the continuity of counsel and to allow for defense preparation.

DATED: January 28, 2010

/s/ Edward J. Garcia
The Honorable Edward J. Garcia
United States District Court Judge