BENJAMIN B. WAGNER
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO,<br>　　aka Miguel Angel Gonzalez,<br><br>　　　　　Defendant. | No. 2:05-cr-383 EJG<br><br>**AMENDED STIPULATION RESETTING TRIAL CONFIRMATION AND TRIAL DATES; PROPOSED ORDER** |

　　The parties, by and through their undersigned attorneys, HEREBY STIPULATE AND AGREE THAT:

- the trial confirmation date, currently set for June 25, 2010, at 10:00 a.m., be reset to August 6, 2010, at 10:00 a.m.; and
- the trial date, currently set for July 12, 2010, at 8:30 a.m., be reset to September 13, 2010 at 8:30 a.m.

　　The reason for the requested rescheduling is that the new trial date would prohibit Drug Enforcement Administration Special Agent Alicia Ramirez from attending the wedding of her brother in Columbia, South America.  As SA Ramirez is the case agent and will be a witness at trial, the United States needs her to be in attendance at trial.  When the trial date was previously rescheduled, the government was not aware of SA Ramirez' preexisting international travel plans.

1

Additionally, the government will present Defendant Najera-Gordillo with a final plea offer this week.

The parties also stipulate and agree that the current time exclusion under the Speedy Trial Act, under 18 U.S.C. § 3161(h)(7)(B)(iv) for defense preparation and continuity of counsel, be extended from July 12, 2010 to September 13, 2010.

DATED: May 3, 2010                     Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                By:    /s/ Ellen V. Endrizzi
                                       ELLEN V. ENDRIZZI
                                       Assistant U.S. Attorney


                                       LAW OFFICE OF KRISTA HART

                                By:    /s/ Ellen V. Endrizzi
                                       ELLEN V. ENDRIZZI

                                       Signing with permission on
                                       behalf of KRISTA HART, ESQ.
                                       Attorney for
                                       Defendant Najera-Gordilllo


**O R D E R**

GOOD CAUSE SHOWN,

in case number 2:05-cr-383 EJG, the trial confirmation is reset to August 6, 2010, at 10:00 a.m., and the trial date is reset to September 13, 2010, at 8:30 a.m.  Time will be excluded, pursuant to 18 U.S.C. § 3161 3161(h)(7)(B)(iv) for defense preparation and continuity of counsel, to September 13, 2010.

IT IS SO ORDERED.

DATED: May 3, 2010
                                       /s/ Edward J. Garcia_____
                                       EDWARD J. GARCIA
                                       Senior United States District Judge

2