1  KRISTA HART
   Attorney at Law
2  State Bar #199650
   PO Box 188794
3  Sacramento, CA  95818
   Telephone: (916) 498-8398
4
   Attorney for Defendant



FILED
AUG 0 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) Cr.S. 05-383 EJG |
|---|---|
| Plaintiff, | ) **STIPULATION AND PROPOSED ORDER TO RESET THE TRIAL CONFIRMATION HEARING** |
| v. | |
| FRANCISCO NAJERA-GORDILLO, | ) **\*\*AS MODIFIED\*\*** |
| Defendant. | |

Francisco Najera-Gordillo, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Mary Grad, stipulate and agree the Trial Confirmation Hearing currently set for August 6, 2010, should be vacated and reset to August 27, 2010 at 10:00 a.m.

**Speedy Trial Calculations**

On May 5, 2010, this Court signed an order resetting the jury trial to September 13, 2010, and excluded time up to and including the trial date. Thus, time has already been excluded under the Speedy Trial Act and no further finding is required by the Court.

**Need to Reset Trial Confirmation Hearing**

Since setting the Trial Confirmation Hearing a conflict for the defense has arisen. Counsel for the defense must be out of town on August 6th for a family

commitment. Additionally, Ellen Endrizzi, the AUSA prosecuting the case, was assigned to a detail in Iraq. The case was recently assigned to AUSA Mary Grad. Counsel for both parties have been discussing possible resolutions to the case. Resetting the Trial Confirmation Hearing to August 27th would allow the parties additional time to resolve the case short of going to trial in September.

DATED: August 2, 2010         /s/ Krista Hart
                              Attorney for Francisco Najera-Gordillo

DATED: August 2, 2010         BENJAMIN WAGNER
                              United States Attorney

                              /s/ Mary Grad
                              Assistant U.S. Attorney

**\*\*IF THE CASE PROCEEDS TO TRIAL, ANY MOTIONS IN LIMINE MUST BE FILED 10 DAYS PRIOR TO TRIAL AND ANY RESPONSES SHALL BE FILED 5 DAYS PRIOR TO TRIAL. ADDITIONALLY ANY PROPOSED VOIR DIRE AND GOVERNMENT'S PROPOSED JURY INSTRUCTIONS SHALL BE FILED 7 DAYS PRIOR TO TRIAL. PARTIES' TRIAL BRIEFS, IF ANY (will be adddressed at trial confirmation hearing), SHALL BE FILED 7 DAYS PRIOR TO TRIAL.\*\***

**GOOD CAUSE APPEARING** the Trial Confirmation Hearing currently set for August 6, 2010, is vacated and reset to August 27, 2010, at 10:00 am. Time was previously excluded up to and including September 13, 2010. The exclusion was made pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) and that order remains in effect.

DATED:  8/2/10

                              The Honorable Edmund J. Garcia
                              United States District Court Judge

2