UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:05-cr-0383 LKK DAD P |
|---|---|
| Respondent, | |
| v. | ORDER |
| FRANSICSO NAJERA-GORDILLO, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a request for an extension of time to file a traverse. Good cause appearing, that request will be granted.

Accordingly, IT IS ORDERED THAT:

1. Movant's October 16, 2013 motion for extension of time to file a traverse (ECF No. 249) is granted; and

2. Movant shall file a traverse within 30 days from the filed date of this order.

Dated:  November 26, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Naje0383.ext

1