HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO MIGUEL ANGEL<br>NAJERA-GORDILLO,<br><br>　　　　Defendant. | 2:05-cr-00383-MCE-1<br><br>APPOINTMENT ORDER |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent this defendant-movant, FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO, to determine whether he may qualify for relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for disposition. Due to a conflict, the Federal Defender respectfully requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney

John Paul Balazs
Law Office of John P. Balazs
916 2nd Street
Suite F
Sacramento, CA 95814
916-447-9299
Fax: (916) 557-1118
Email: balazslaw@gmail.com

be appointed counsel for Mr. Najera-Gordillo for *Johnson* matters, further proceedings in district court, and any resulting appeal.

Dated: May 4, 2016            Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Carolyn M. Wiggin*
                                    CAROLYN M. WIGGIN
                                    Assistant Federal Defender

      I accept the appointment and ask the order to be granted.

DATED: May 4, 2016

                                    */s/ John P. Balazs*
                                    JOHN P. BALAZS
                                    Attorney at Law

**O R D E R**

IT IS SO ORDERED.

Dated: May 17, 2016

                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE