UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>FRANCISCO NAJERA-GORDILLO,<br><br>Movant. | No.  2:05-cr-0383 MCE CKD P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding through counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  (ECF No. 271.)  On January 25, 2017, the United States Court of Appeals for the Ninth Circuit authorized petitioner's second or successive § 2255 motion and directed the district court to proceed with this action.  (ECF No. 274.)  Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within sixty days of the effective date of this order.  See Rule 4, Rules Governing Section 2255 Proceedings.

Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

////

1       The Clerk of the Court shall serve a copy of this order, together with a copy of movant's
2 motion, on the United States Attorney or his authorized representative.

3 Dated: January 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

9   2 / naje0383.206