John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:05-CR-0383-MCE |
|---|---|
| Plaintiff, | **ORDER REGARDING APPOINTMENT OF COUNSEL** |
| v. | |
| FRANCISCO MIGUEL NAJERA ANGEL NAJERA-GORDILLO, | |
| | Hon. Morrison C. England, Jr. |
| Defendant. | U.S. District Judge |

Defendant, Francisco Miguel Angel Najera-Gordillo, through his attorney, John Balazs, hereby applies for an order to expand his appointment to include the filing of a motion under 18 U.S.C. § 3582(c)(2) and further proceedings in connection with such a motion. In support of this application, Mr. Najera-Gordillo states as follows:

1. In an order filed May 18, 2016, the district court granted the Federal Defender's request that attorney John Balazs be substituted in for the Federal Defender due to a conflict to represent Mr. Najera-Gordillo with respect to a motion under 28 U.S.C. § 2255 in light of the Supreme Court's decision in *Johnson v. United States,* 135 S. Ct. 2551 (2015). Docket 270.

2. In an order filed June 19, 2017, the district court adopted the magistrate judge's findings and recommendations in full and denied Mr. Najera-Gordillo's § 2255 motion. Docket

280.

3.   In reviewing the presentence report and record in this case, undersigned counsel and the Federal Defender's Office discovered that Mr. Najera-Gordillo qualifies for a sentence reduction under 28 U.S.C. § 3582(c)(2) and the Guideline Amendment 782.  Counsel thus seeks to expand his appointment to cover such a motion.

4.   The Office of the Federal Defender and CJA Panel Administrator concur with this request.

For these reasons, counsel for Mr. Najera-Gordillo moves for an order to expand his appointment to cover the preparation and filing of motion to reduce sentence under 18 U.S.C. § 3582(c)(2) and further proceedings related to such motion.

Respectfully submitted,

Dated:   June 20, 2017

 /s/*John Balazs*
JOHN BALAZS

Attorney for Defendant
FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO

**ORDER**

IT IS SO ORDERED.

Dated:  June 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE