John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
FRANCISCO MIGUEL NAJERA-GORDILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-CR-0383-MCE |
| Plaintiff, | **STIPULATION AND ORDER RE: DEFENDANT'S REPLY TO OPPOSITION TO MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(2)** |
| v. | |
| FRANCISCO MIGUEL NAJERA-GORDILLO, | |
| Defendant. | Hon. Morrison C. England, Jr. |

Defendant FRANCISCO MIGUEL NAJERA-GORDILLO, through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, through its counsel, Assistant U.S. Attorney JASON HITT, hereby stipulate that defendant may file a reply brief to the government's opposition (docket 288) to defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(2) by **November 14, 2017.**

///

///

///

This request is to provide defendant's counsel time to consult with the defendant and prepare a reply brief.

Dated: October 17, 2017　　　　　　　　　　Dated: October 17, 2017

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*　　　　　　　　　　　　　　 /s/*John Balazs*
JASON HITT　　　　　　　　　　　　　　　JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff　　　　　　　　　　　Attorney for Defendant
UNITED STATES OF AMERICA　　　　　FRANCISCO MIGUEL NAJERA-GORDILLO

**ORDER**

IT IS SO ORDERED.

Dated: October 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE