John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
FRANCISCO MIGUEL ANGEL NAJERA-GORDILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-CR-0383-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| FRANCISCO MIGUEL NAJERA ANGEL NAJERA-GORDILLO, | |
| Defendant. | |

For the reasons set forth in defendant's motion to extend time to file a notice of appeal filed December 15, 2017, the Court hereby GRANTS defendant's motion to extend time to file a notice of appeal from the Court's order denying defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(2) by one day to December 14, 2017, thereby validating nunc pro tunc the notice of appeal filed on December 14, 2017 at docket 293.

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE